IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ASCEND PERFORMANCE MATERIALS HOLDINGS INC., *et al.*,[1] | ) ) ) ) | Case No. 25-90127 (CML) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR APRIL 22, 2025 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this witness and exhibit list in connection with the virtual hearing scheduled for April 22, 2025, at 2:30 P.M. (prevailing Central Time) (the "Hearing") before the Honorable Judge Christopher M Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1. Robert Del Genio, Chief Restructuring Officer

2. Matthew O'Connell, Director, Restructuring & Special Situations Group, PJT Partners LP

3. Alex Warso, Consulting Director, Epiq Corporate Restructuring, LLC

The Debtors reserve the right to call rebuttal witnesses as necessary. The Debtors reserve the right to call any witness identified or called by another party or by the Court. The Debtors

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Ascend. The location of Debtor Ascend Performance Materials Holdings Inc.'s principal place of business is 1010 Travis St., Suite 900, Houston, Texas 77002.

reserve the right not to call any witness identified herein. The Debtors reserve the right to supplement this witness list.

## **EXHIBITS**

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Declaration of Robert Del Genio, Chief Restructuring Officer of Each of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24] | | | |
| 2. | Declaration of Matthew O'Connell in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use Cash Collateral, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 38] | | | |
| 3. | Declaration of Robert Del Genio in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use Cash Collateral, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 37] | | | |
| 4. | Initial DIP Budget [Docket No. 36-1, Schedule 1] | | | |
| 5. | Declaration of Alex Warso in Support of the Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4-2] | | | |
| | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other document filed in the above-captioned bankruptcy case | | | |
| | Any exhibit necessary to rebut or impeach the testimony of any witness offered, or any exhibit designated by any other party | | | |
| | Any exhibit listed by any other party | | | |

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above. The Debtors further reserve the right to amend, shorten, or supplement this witness and exhibit list at any time prior to the Hearing.

Houston, Texas
Dated: April 22, 2025

*/s/ Jason G. Cohen*
**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 2412150)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:   (713) 223-2300
Facsimile:    (800) 404-3970
Email:          jason.cohen@bracewell.com
                    jonathan.lozano@bracewell.com

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher Marcus, P.C. (*pro hac vice* pending)
Derek I. Hunter (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          cmarcus@kirkland.com
                    derek.hunter@kirkland.com

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on April 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                          */s/ Jason G. Cohen*
                                                          Jason G. Cohen