United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ASCEND PERFORMANCE MATERIALS HOLDINGS INC., *et al.*,[1] | ) ) ) ) | Case No. 25-90127 (CML) |
| Debtors. | ) ) ) | (Jointly Administered ) |

**ORDER (I) EXTENDING TIME TO FILE
(A) SCHEDULES AND STATEMENTS AND (B) RULE 2015.3
FINANCIAL REPORTS, (II) MODIFYING THE REQUIREMENTS OF
BANKRUPTCY LOCAL RULE 2015-3, AND (III) GRANTING RELATED RELIEF**

Upon the emergency motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) extending the deadline to file their (i) Schedules and Statements and (ii) 2015.3 Reports, (b) modifying the requirements of Bankruptcy Local Rule 2015-3, and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference to Bankruptcy Judges,* from the United States District Court for the Southern District of Texas, entered May 24, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Ascend. The location of Debtor Ascend Performance Materials Holdings Inc.'s principal place of business is 1010 Travis St., Suite 900, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The time within which the Debtors must file the Schedules and Statements is extended through and including June 20, 2025, without prejudice to the Debtors' right to seek additional extensions. The Debtors may obtain further extensions to file their Schedules and Statements by agreement with the U.S. Trustee (with a note of such extension filed on the docket) without the need for further order from this Court.

2. The time within which the Debtors must file the 2015.3 Reports is extended through and including June 20, 2025, without prejudice to the Debtors' right to seek further extensions upon a showing of cause. The Debtors may obtain further extensions to file their 2015.3 Reports by agreement with the U.S. Trustee (with a note of such extension filed on the docket) without the need for further order from this Court.

3. The Debtors' obligation to file the 2015.3 Reports every month in compliance with Bankruptcy Local Rule 2015-3 is hereby modified to permit the Debtors to file the 2015.3 Reports every six (6) months.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules, the Bankruptcy Local Rules, and the Complex Case Procedures are satisfied by such notice.

6. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 22, 2025

Christopher Lopez
United States Bankruptcy Judge