**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ASCEND PERFORMANCE MATERIALS HOLDINGS INC., *et al.*,[1] | ) ) ) ) | Case No. 25-90127 (CML) |
|  Debtors. | ) ) ) | (Jointly Administered) |

**MASTER SERVICE LIST
(as of May 9, 2025)[2]**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Ascend. The location of Debtor Ascend Performance Materials Holdings Inc.'s principal place of business is 1010 Travis St., Suite 900, Houston, Texas 77002.

[2] The Master Service List in Excel format is available on the Debtor's website at https://dm.epiq11.com/Ascend

**DEBTOR / DEBTORS' COUNSEL**

ASCEND PERFORMANCE MATERIALS HOLDINGS INC.
1010 TRAVIS STREET
SUITE 900
HOUSTON, TX 77002

BRACEWELL LLP
ATTN: JASON G. COHEN
711 LOUISIANA STREET
SUITE 2300
HOUSTON, TX 77002

BRACEWELL LLP
ATTN: JONATHAN L. LOZANO
111 CONGRESS AVENUE
SUITE 2300
AUSTIN, TX 78801

KIRKLAND & ELLIS LLP
ATTN: ORLA O'CALLAGHAN
609 MAIN ST
HOUSTON, TX 77002
FAX: 713-836-3601

**UNITED STATES TRUSTEE**

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: J S WHITWORTH, J RUFF
515 RUSK ST, STE 3516
HOUSTON, TX 77002
EMAIL: JANA.WHITWORTH@USDOJ.GOV;
JAYSON.B.RUFF@USDOJ.GOV

**SECURED LENDER**

AD HOC GROUP
C/O GIBSON, DUNN & CRUTCHER LLP
ATTN ANNELYSE SCARLETT GAINS
1700 M STREET, NW
WASHINGTON, DC 20036-4504
EMAIL: AGAINS@GIBSONDUNN.COM

AD HOC GROUP
C/O GIBSON, DUNN & CRUTCHER LLP
ATTN SCOTT J. GREENBERG
200 PARK AVENUE
NEW YORK, NY 10166-0193
EMAIL: SGREENBERG@GIBSONDUNN.COM;
TSCHEFFER@GIBSONDUNN.COM;
JGOLDSTEIN@GIBSONDUNN.COM

WELLS FARGO CAPITAL FINANCE, LLC
C/O GREENBERG TRAURIG, LLP
ATTN JULIA FROST-DAVIES
ONE INTERNATIONAL PLACE
SUITE 2000
BOSTON, MA 2110
EMAIL: JULIA.FROSTDAVIES@GTLAW.COM

WELLS FARGO CAPITAL FINANCE, LLC
ATTN CORPORATE ABL RELATIONSHIP MGR
1100 ABERNATHY ROAD
SUITE 1600
ATLANTA, GA 30328

WELLS FARGO CAPITAL FINANCE, LLC
C/O GREENBERG TRAURIG, LLP
ATTN BETHANI OPPENHEIMER
TERMINUS 200
3333 PIEDMONT ROAD NE, STE 2500
ATLANTA, GA 30305
EMAIL: OPPENHEIMERB@GTLAW.COM;
SLICKERB@GTLAW.COM; ADAM.POTTER@GTLAW.COM

| | |
|---|---|
| WELLS FARGO CAPITAL FINANCE, LLC<br>C/O GREENBERG TRAURIG, LLP<br>ATTN LEO MUCHNIK, T CHARLIE LIU<br>ONE VANDERBILT AVENUE<br>NEW YORK, NY 10017<br>EMAIL: MUCHNIKL@GTLAW.COM;<br>CHARLIE.LIE@GTLAW.COM | WILMINGTON SAVINGS FUND SOCIETY FSB<br>C/O ARENTFOX SCHIFF LLP<br>ATTN JEFFREY R GLEIT,<br>BRETT D GOODMAN<br>1301 AVE OF THE AMERICAS, 42ND FL<br>NEW YORK, NY 10019<br>EMAIL: JEFFREY.GLEIT@AFSLAW.COM;<br>BRETT.GOODMAN@AFSLAW.COM |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>ATTENTION: PATRICK HEALY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>WILMINGTON, DE 19809<br>EMAIL: PHEALY@WSFSBANK.COM | WILMINGTON SAVINGS FUND SOCIETY FSB<br>ATTN: GLOBAL CAPITAL MARKETS<br>RAYE GOLDSBOROUGH<br>300 BELLEVUE PARKWAY, SUITE 300<br>WILMINGTON, DE 19809<br>EMAIL: RGOLDSBOROUGH@WSFSBANK.COM |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>C/O ARENTFOX SCHIFF LLP<br>ATTN JONATHAN P BAGG<br>1717 K STREET NW<br>WASHINGTON, DC 20006<br>EMAIL: JONATHAN.BAGG@AFSLAW.COM | WILMINGTON SAVINGS FUND SOCIETY FSB<br>C/O ARENTFOX SCHIFF LLP<br>ATTN MATTHEW R BENTLEY<br>233 SOUTH WACKER DRIVE<br>SUITE 7100<br>CHICAGO, IL 60606<br>EMAIL: MATTHEW.BENTLEY@AFSLAW.COM |

**GOVERNMENT AGENCY**

| | |
|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN KANIKA MIDDLETON, LAUREN JONES<br>2520 W.W. THORNE DR<br>HOUSTON, TX 77073<br>EMAIL: BNKATTY@ALDINEISD.ORG<br>FAX: 281-985-6321 | ENVIRONMENTAL PROTECTION AGENCY<br>1200 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20460 |
| INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | INTERNAL REVENUE SERVICES<br>LOCAL OFFICE<br>ATTN INSOLVENCY<br>1919 SMITH ST<br>HOUSTON, TX 77002 |

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORP<br>OFFICE OF GENERAL COUNSEL<br>ATTN: W MABRY IV, N RAYLE<br>445 12TH ST, SW<br>WASHINGTON, DC 20024<br>EMAIL: MABRY.WILLIAM1@PGBC.GOV;<br>RAYLE.NATHANIEL@PGBC.GOV; EFILE@PBGC.GOV | STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN: STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY, AL 36104 |
| STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: KATHY JENNINGS<br>CARVEL STATE BUILDING<br>820 N FRENCH ST<br>WILMINGTON, DE 19801<br>EMAIL: ATTORNEY.GENERAL@DELAWARE.GOV<br>FAX: 302-577-6630 | STATE OF FLORIDA ATTORNEY GENERAL<br>ATTN: JAMES UTHMEIER<br>PL 01 THE CAPITOL<br>TALLAHASSEE, FL 32399-1050<br>FAX: 850-487-2564 |
| STATE OF MICHIGAN ATTORNEY GENERAL<br>ATTN: DANA NESSEL<br>G. MENNEN WILLIAMS BLDG<br>525 W OTTAWA ST - PO BOX 30212<br>LANSING, MI 48909<br>EMAIL: MIAG@MICHIGAN.GOV<br>FAX: 517-335-7644 | STATE OF SC ATTORNEY GENERAL<br>ATTN: ALAN WILSON<br>REMBERT C. DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST, ROOM 519<br>COLUMBIA, SC 29201<br>EMAIL: ODCMAIL@SCCOURTS.ORG |
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701<br>EMAIL: COMPLAINTS@OAG.TEXAS.GOV | THE UNITED STATES ATTORNEYS OFFICE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: ALAMDAR HAMDANI<br>1000 LOUISIANA ST<br>HOUSTON, TX 77002<br>EMAIL: USATXS.ATTY@USDOJ.GOV |

**COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| CLARIANT CORPORATION<br>ATTN: SCOTT A. WOOD, PRESIDENT<br>500 E. MOREHEAD STREET, SUITE 400<br>CHARLOTTE, NC 28202<br>EMAIL: SCOTT.WOOD@CLARIANT.COM | GULF COAST WATER AUTHORITY<br>ATTN: DAVID E. DAVIS JR.<br>4243 EMMETT F. LOWRY EXPRESSWAY<br>TEXAS CITY, TX 77591<br>EMAIL: DDAVIS@GCWATX.GOV |

| | |
|---|---|
| MHBA CB, L.L.P.<br>C/O NOVUS INTERNATIONAL, INC.<br>ATTN: RICHARD KIESEL, EXECUTIVE DIRECTOR<br>17988 EDISON AVENUE<br>CHESTERFIELD, MO 63005<br>EMAIL: RICHARD.KISIEL@NOVUSINT.COM | OPTIMAL FIELD SERVICES, LLC<br>ATTN: CHRISTIAN MULLGARDT, DEPUTY GC<br>35240 CARSON DRIVE<br>GEISMAR, LA 70734-350<br>EMAIL: CHRISTIAN.MULLGARDT@CRESTOPERATIONS.COM |
| PENSION BENEFIT GUARANTY CORPORATION<br>CORPORATE FINANCE & RESTRUCTURING DEPT.<br>ATTN: EMILY LESNIEWSKI, SVEN SERSPINSKI<br>445 12TH STREET SW<br>WASHINGTON, DC 20024-2101<br>EMAIL: LESNIEWSKI@PBGC.GOV;<br>SERSPINSKI@PBGC.GOV | SDI, INC<br>ATTN ADRIAN MANTINI, SVP AND CFO<br>4500 SALISBURY ROAD, SUITE 270<br>JACKSONVILLE, FL 32216<br>EMAIL: ADRIAN.MANTINI@SDI.COM |
| SULZER CHEMTECH USA INC<br>ATTN: GERHARD HAAS<br>HEAD LEGAL NORTH AMERICA<br>6100 S. YALE AVENUE, SUITE 800<br>TULSA, OK 74136<br>EMAIL: GERHARD.HAAS@SULZER.COM | TURNER INDUSTRIES GROUP LLC<br>TURNER SPECIALTY SERVICES, LLC<br>ATTN: JOHN H. FENNER<br>P.O. BOX 2750<br>BATON ROUGE, LA 70821<br>EMAIL: JFENNER@TURNER-INDUSTRIES.COM |
| VEOLIA WTS USA INC<br>ATTN: SHIREEN PIRTLE<br>CPI VERTICAL BUS DEVELOPMENT<br>3600 HORIZON BOULEVARD<br>FEASTERVILLE TREVOSE, PA 19053<br>EMAIL: SHIREEN.PIRTLE@VEOLIA.COM | **TOP 30 CREDITOR**<br><br>ALTIVIA PETROCHEMICALS LLC<br>1100 LOUISIANA ST STE 4800<br>HOUSTON, TX 77002-5227<br>EMAIL: PBLOCK@ALTIVIA.COM |
| BASF CORPORATION<br>1000 CAMPUS DR<br>FLORHAM PARK, NJ 7932<br>EMAIL: JAY.HABAYEB@BASF.COM | BP ENERGY COMPANY<br>5014 WESTLAKE PARK BLVD<br>HOUSTON, TX 77079<br>EMAIL: SAMUEL.WEAVER@BP.COM |

| | |
|---|---|
| CITGO PETROLEUM CORP<br>6100 S YALE AVE<br>TULSA, OK 74136-1923<br>EMAIL: STULON@CITGO.COM | CLARIANT CORPORATION<br>500 E MOREHEAD ST STE 400<br>CHARLOTTE, NC 28202-2744<br>EMAIL: XAVER.KARSUNKE@CLARIANT.COM |
| ENTERPRISE PRODUCTS OPERATING LLC<br>1100 LOUISIANA ST<br>HOUSTON, TX 77002-5227<br>EMAIL: MKRUSH@EPROD.COM | FREEPORT WELDING & FABRICATING, INC<br>200 NAVIGATION BLVD<br>FREEPORT, TX 77541-5874<br>EMAIL: DANNY@FREEWELD.COM |
| GULF COAST WATER AUTHORITY<br>3630 FM 1765<br>PO BOX 1405<br>TEXAS CITY, TX 77591-4824<br>EMAIL: PIR@GCWATX.GOV; KDIETRICH@GCWATX.GOV | INTERNATIONAL PAPER CO<br>2 MANHATTANVILLE RD<br>PURCHASE, NY 10577-2113<br>EMAIL: DEREK.CURRY@IPAPER.COM |
| INV NYLON CHEMICALS AMERICAS, LLC<br>4111 E 37TH ST N<br>WICHITA, KS 67220<br>EMAIL: NANCY.KOWALSKI@INVISTA.COM | INVISTA (CHINA) INVESTMENT CO., LTD.<br>UNIT 1801, ANLIAN PLAZA, NO. 168<br>JINGZHOU ROAD<br>SHANGHAI, YANGPU DISTRICT 200082<br>CHINA<br>EMAIL: LINDA.SHEN@INVISTA.COM |
| IODITECH INC<br>951 N TOPPING AVE<br>KANSAS CITY, MO 64120-1991<br>EMAIL: BENR@IODITECH.COM | KINDER MORGAN OPERATING L.P.<br>1001 LOUISIANA ST<br>HOUSTON, TX 77002<br>EMAIL: ASHLEY_SCHARNBERG@KINDERMORGAN.COM |

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP<br>539 S MAIN ST<br>FINDLAY, OH 45840-3229<br>EMAIL: MCPOWELL@MARATHONPETROLEUM.COM | MASTEC POWER CORP.<br>800 S DOUGLAS RD FL 12<br>CORAL GABLES, FL 33134<br>EMAIL: ALBERT.DECARDENAS@MASTEC.COM |
| MHBA CB, LLP<br>CARMODY MACDONALD PC.<br>120 S. CENTRAL AVE., SUITE 1800<br>ST. LOUIS, MO 63105<br>EMAIL: DMF@CARMODYMACDONALD.COM | MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052-8300<br>EMAIL: RACHAEL.KITTLESON@MICROSOFT.COM |
| OCI METHANOL MARKETING, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TX 77056<br>EMAIL: ANNIE.KOEHN@OCI-GLOBAL.COM | PALLETONE INC.<br>113 PIONEER LN<br>SELMA, AL 36701-7864<br>EMAIL: BGINSBURG@PALLETONE.COM |
| PROCESS COMBUSTION CORPORATION<br>300 WEYMAN RD STE 400<br>PITTSBURGH, PA 15236-1520<br>EMAIL: SBURGE@PCC-GROUP.COM | REPCON INC<br>PO BOX 9316<br>CORPUS CHRISTI, TX 78469-9316<br>EMAIL: DVSTAGNER@REPCON.COM |
| ROBBIE D. WOOD, INC.<br>1051 OLD WARRIOR RIVER RD<br>BESSEMER, AL 35023-1869<br>EMAIL: BO@ROBBIEDWOOD.COM | SACONIX LLC<br>560 W CROSSVILLE RD STE 204<br>ROSWELL, GA 30075-7513<br>EMAIL: BSHONKA@INTERACIDNA.COM |

SDI INC
1414 RADCLIFFE ST STE 300
BRISTOL, PA 19007-5420
EMAIL: CRIS.FERREGUR@SDI.COM

SOUTHERN TOWING MIDCO LLC
1874 THOMAS ROAD
MEMPHIS, TN 38134
EMAIL: M.MORAN@SOUTHERNDEVALL.COM

SULZER CHEMTECH USA INC
PO BOX 700480
TULSA, OK 74170-0480
EMAIL: DANIEL.BRAUD@SULZER.COM

SULZER CHEMTECH USA INC
8505 E NORTH BELT
HUMBLE, TX 77396-2930
EMAIL: DANIEL.BRAUD@SULZER.COM

THE DOW CHEMICAL COMPANY
2040 DOW CTR
MIDLAND, MI 48674-1500
EMAIL: CABARRIOS@DOW.COM

TIVOLI MIDSTREAM CB HOLDINGS LLC
2929 ALLEN PKWY STE 200
HOUSTON, TX 77019-7123
EMAIL: RFROMME@TIVOLIMIDSTREAM.COM

TURNER INDUSTRIES GROUP LLC
PO BOX 3688
BATON ROUGE, LA 70821-3688
EMAIL: TPBERGERON@TURNER-INDUSTRIES.COM

TURNER INDUSTRIES GROUP LLC
8687 UNITED PLAZA BLVD
BATON ROUGE, LA 70809-7009
EMAIL: TPBERGERON@TURNER-INDUSTRIES.COM

TURNER SPECIALTY SERVICES LLC
PO BOX 2750
BATON ROUGE, LA 70821-2750
EMAIL: TPBERGERON@TURNERINDUSTRIES.COM

VEOLIA WTS USA INC
3600 HORIZON BLVD
FEASTERVILLE TREVOSE, PA 19053
EMAIL: SHIREEN.PIRTLE@VEOLIA.COM

| | |
|---|---|
| WILLIS TOWERS WATSON INSURANCE<br>800 N GLEBE RD FL 10<br>ARLINGTON, VA 22203<br>EMAIL: TRACEY.GABBARD@WTWCO. COM | WILLIS TOWERS WATSON INSURANCE SVCS<br>PO BOX 731739<br>DALLAS, TX 75373-1739<br>EMAIL: CARRIER.ACCESS@WILLIS.COM |

**PARTIES REQUESTING NOTICE**

| | |
|---|---|
| ANDREWS MYERS, P.C.<br>COUNSEL TO REPCON, INC.<br>ATTN: EDWARD RIPLEY, LISA NORMAN<br>1885 SAINT JAMES PLACE, 15TH FL<br>HOUSTON, TX 77056<br>EMAIL: ERIPLEY@ANDREWSMYERS.COM;<br>LNORMAN@ANDREWSMYERS.COM<br>FAX: 832-786-4877 | ANDREWS MYERS, P.C.<br>COUNSEL TO STRONGHOLD, EVERGREEN, GEM)<br>ATTN: T. JOSH JUDD<br>1885 SAINT JAMES PLACE, 15TH FL<br>HOUSTON, TX 77056<br>EMAIL: JJUDD@ANDREWSMYERS.COM<br>FAX: 832-786-4877 |
| ARENTFOX SCHIFF LLP<br>COUNSEL TO WILMINGTON SAVINGS FUND<br>ATTN: JEFFREY GLEIT, BRETT GOODMAN<br>1301 AVE OF THE AMERICAS, 42ND FL<br>NEW YORK, NY 10019<br>EMAIL: JEFFREY.GLEIT@AFSLAW.COM;<br>BRETT.GOODMAN@ASFLAW.COM | ARENTFOX SCHIFF LLP<br>COUNSEL TO WILMINGTON SAVINGS FUND<br>ATTN: MATTHEW BENTLEY<br>233 S WACKER DR, STE 7100<br>CHICAGO, IL 60606<br>EMAIL: MATTHEW.BENTLEY@AFSLAW.COM |
| BAKER BOTTS L.L.P.<br>COUNSEL TO GULF COAST WATER AUTHORITY<br>ATTN: TRAVIS A. MCROBERTS<br>2001 ROSS AVENUE, SUITE 900<br>DALLAS, TX 75201-2980<br>EMAIL: TRAVIS.MCROBERTS@BAKERBOTTS.COM<br>FAX: 214-953-6503 | BALLARD SPAHR LLP<br>COUNSEL TO CLIMECO LLC<br>ATTN: TOBEY DALUZ, MARGARET VESPER<br>ERIN WILLIAMSON<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801-3034<br>EMAIL: DALUZT@BALLARDSPAHR.COM;<br>VESPERM@BALLARDSPAHR.COM;<br>WILLIAMSONE@BALLARDSPAHR<br>FAX: 302-252-4466 |
| BUCK KEENAN LLP<br>COUNSEL KATOEN NATIE SPECIALTY CHEM<br>ATTN: ROBERT PADDOCK, ANDREW WRIGHT<br>2229 SAN FELIPE, STE 1000<br>HOUSTON, TX 77019<br>EMAIL: RPADDOCK@BUCKKEENAN.COM;<br>WRIGHT@BUCKKEENAN.COM<br>FAX: 713-225-3719 | CHOATE HALL & STEWART LLP<br>COUNSEL TO CITIZENS ASSET FINANCE<br>ATTN: K SIMARD, M H FOUSHEE<br>2 INTERNATIONAL PLACE<br>BOSTON, MA 2110<br>EMAIL: KSIMARD@CHOATE.COM;<br>HFOUSHEE@CHOATE.COM<br>FAX: 617- 502-4086 |

| | |
|---|---|
| CHRISTIAN & SMALL LLP<br>COUNSEL TO ROBBIE D. WOOD, INC.<br>ATTN: DANIEL D. SPARKS<br>1800 FINANCIAL CENTER<br>BIRMINGHAM, AL 35203<br>EMAIL: DDSPARKS@CSATTORNEYS.COM | COKINOS \| YOUNG<br>COUNSEL TO AUSTIN MAINTENANCE & CONTRUCTION, INC.<br>ATTN: CRAIG E. POWER, REAGAN H. GIBBS, III<br>EMMA P. MYLES<br>1221 LAMAR STREET, 16TH FLOOR<br>HOUSTON, TX 77010<br>EMAIL: CPOWER@COKINOSLAW.COM;<br>TGIBBS@COKINOSLAW.COM;<br>EMYLES@COKINOSLAW.COM |
| DONOHUE PATRICK & SCOTT, PLLC<br>COUNSEL TO TURNER INDUSTRIES GROUP<br>ATTN: KIRK PATRICK III<br>450 LAUREL ST, STE 1600<br>BATON ROUGE, LA 70801<br>EMAIL: KPATRICK@DPS-LAW.COM<br>FAX: 225- 214-3551 | FROST BROWN TODD LLP<br>COUNSEL TO MARATHON PETROLEUM<br>ATTN: REBECCA MATTHEWS<br>2101 CEDAR SPRINGS RD<br>DALLAS, TX 75201<br>EMAIL: RMATTHEWS@FBTLAW.COM<br>FAX: 214- 545-3472 |
| FROST BROWN TODD LLP<br>COUNSEL TO MARATHON PETROLEUM<br>ATTN: RONALD GOLD, ERIN SEVERINI<br>301 E 4TH ST<br>CINCINNATI, OH 45202<br>EMAIL: RGOLD@FBTLAW.COM;<br>ESEVERINI@FBTLAW.COM<br>FAX: 513- 651-6981 | GIBSON, DUNN & CRUTCHER LLP<br>COUNSEL TO AD HOC GROUP<br>1050 CONNECTICUT AVE, NW<br>WASHINGTON, DC 20036-5306<br>EMAIL: AGAINS@GIBSONDUNN.COM |
| GREENBERG TRAURIG LLP<br>COUNSEL TO WELLS FARGO CAPITAL FINANCE<br>ATTN: SHARI HEYEN, DAVID EASTLAKE<br>1000 LOUISIANA AVE, STE 6700<br>HOUSTON, TX 77002<br>EMAIL: SHARI.HEYEN@GTLAW.COM;<br>DAVID.EASTLAKE@GTLAW.COM | H. KENT AGUILLARD<br>COUNSEL TO AMERIGLOBE<br>141 S. 6TH STRET<br>EUNICE, LA 70535<br>EMAIL: KENT@AGUILLARDLAW.COM |
| HOLLAND & HART LLP<br>COUNSEL TO CYANCO INTERNATIONAL LLC<br>ATTN: MATTHEW OCHS<br>555 17TH ST, STE 3200, PO BOX 8749<br>DENVER, CO 80201-8749<br>EMAIL: MJOCHS@HOLLANDHART.COM | HOWLEY LAW PLLC<br>COUNSEL TO AD HOC GROUP<br>ATTN: TOM HOWLEY, ERIC TERRY<br>TC ENERGY CENTER<br>700 LOUISIANA ST, STE 4545<br>HOUSTON, TX 77002<br>EMAIL: TOM@HOWLEY-LAW.COM; ERIC@HOWLEY-LAW.COM |

| | |
|---|---|
| JONES WALKER LLP<br>COUNSEL TO DEVALL COMM BARGE LINE LLC<br>ATTN: JOSEPH BAIN, OLIVIA GREENBERG<br>811 MAIN ST, STE 2900<br>HOUSTON, TX 77002<br>EMAIL: JBAIN@JONESWALKER.COM;<br>OGREENBERG@JONESWALKER.COM;<br>SJENKINS@JONESWALKER.COM<br>FAX: 713-437-1810 | KATTEN MUCHIN ROSENMAN LLP<br>COUNSEL TO THE DISINTERESTED DIRECTORS<br>ATTN: STEVEN J. REISMAN, MARC B. ROITMAN<br>SHAYA ROCHESTER<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1605<br>EMAIL: SREISMAN@KATTEN.COM;<br>MARC.ROITMAN@KATTEN.COM;<br>SHAYA.ROCHESTERS@KATTEN.COM |
| KATTEN MUCHIN ROSENMAN LLP<br>COUNSEL TO THE DISINTERESTED DIRECTORS<br>ATTN: ROBERT T. SMITH<br>1919 PENNSYLVANIA AVENUE, NW<br>SUITE 800<br>WASHINGTON, DC 20006-3404<br>EMAIL: ROBERT.SMITH1@KATTEN.COM | KEAN MILLER LLP<br>COUNSEL TO SETPOINT AND VALSOURCE<br>ATTN: L LIM, R KUBANDA, K TIPTON<br>711 LOUISIANA ST, STE 1800<br>HOUSTON, TX 77002<br>EMAIL: LLOYD.LIM@KEANMILLER.COM;<br>RACHEL.KUBANDA@KEANMILLER.COM;<br>KRISTINA.TIPTON@KEANMILLER.COM<br>FAX: 713-844-3030 |
| KEAN MILLER LLP<br>COUNSEL TO ACUREN INSPECTION INC<br>ATTN: L LIM, R KUBANDA, K TIPTON<br>711 LOUISIANA ST, STE 1800<br>HOUSTON, TX 77002<br>EMAIL: LLOYD.LIM@KEANMILLER.COM;<br>RACHEL.KUBANDA@KEANMILLER.COM;<br>KRISTINA.TIPTON@KEANMILLER.COM<br>FAX: 713-844-3030 | KEAN MILLER LLP<br>COUNSEL TO OPTIMAL FIELD SERVICES<br>ATTN: R KUBANDA, E LOCKRIDGE<br>711 LOUISIANA ST, STE 1800<br>HOUSTON, TX 77002<br>EMAIL: RACHEL.KUBANDA@KEANMILLER.COM;<br>ERIC.LOCKRIDGE@KEANMILLER.COM<br>FAX: 713-844-3030 |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>COUNSEL TO TEXAS CITY ISD FORT BEND CO<br>ATTN: TARA GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br>EMAIL: HOUSTON_BANKRUPTCY@LGBS.COM<br>FAX: 713-844-3503 | LUGENBUHL WHEATON PECK RANKIN & HUB<br>COUNSEL TO LEBEOUF BROS TOWING LLC<br>ATTN: BENJAMIN KADDEN<br>601 POYDRAS ST, STE 2775<br>NEW ORLEANS, LA 70130<br>EMAIL: BKADDEN@LAWLA.COM<br>FAX: 504- 310-9195 |
| MILLER CANFIELD PADDOCK & STONE, PLC<br>COUNSEL TO ONESTREAM SOFTWARE LLC<br>ATTN: MARC N. SWANSON<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI 48226<br>EMAIL: SWANSONM@MILLERCANFIELD.COM | MUNSCH HARDT KOPF & HARR, P.C.<br>COUNSEL TO CYANCO INTERNATIONAL LLC<br>ATTN: JOHN CORNWELL<br>700 MILAM ST, STE 800<br>HOUSTON, TX 77002<br>EMAIL: JCORNWELL@MUNSCH.COM |

| | |
|---|---|
| OFFICE OF PATRICIA WILLIAMS PREWITT<br>COUNSEL TO KINDER MORGAN TEJAS PIPELIN<br>ATTN: PATRICIA WILLIAMS PREWITT<br>2456 FM 112<br>TAYLOR, TX 76574<br>EMAIL: PATTI@PPREWITTLAW.COM | OFFICE OF PATRICIA WILLIAMS PREWITT<br>COUNSEL TO KINDER MORGAN INC.<br>ATTN: PATRICIA WILLIAMS PREWITT<br>2456 FM 112<br>TALOR, TX 76574<br>EMAIL: PATTI@PPREWITTLAW.COM |
| PERDUE BRANDON FIELDER COLLINS MOTT<br>COUNSEL TO CITY OF ROSENBERG<br>ATTN: MELISSA VALDEZ<br>1235 N LOOP WEST, STE 600<br>HOUSTON, TX 77008<br>EMAIL: MVALDEZ@PBFCM.COM<br>FAX: 713- 862-1429 | QUINN EMANUEL URQUHART SULLIVAN LLP<br>COUNSEL TO MASTEC INDUSTRIAL CORP.<br>ATTN: VICTOR NOSKOV<br>295 5TH AVE, 9TH FL<br>NEW YORK, NY 10016<br>EMAIL: VICTORNOSKOV@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART SULLIVAN LLP<br>COUNSEL TO MASTEC INDUSTRIAL CORP<br>ATTN: PATRICIA TOMASCO<br>700 LOUISIANA, STE 3900<br>HOUSTON, TX 77002<br>EMAIL: PATTYTOMASCO@QUINNEMANUEL.COM | QUINN EMANUEL URQUHART SULLIVAN LLP<br>COUNSEL TO MASTEC INDUSTRIAL CORP.<br>ATTN: BENNETT MURPHY<br>865 S FIGUROA ST, 10TH FL<br>LOS ANGELES, CA 90017<br>EMAIL: BENNETTMURPHY@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART SULLIVAN LLP<br>COUNSEL TO MASTEC INDUSTRIAL CORP.<br>ATTN: ELINOR SUTTON<br>3100 MCKINNON ST, STE 1125<br>DALLAS, TX 75201<br>EMAIL: ELINORSUTTON@QUINNEMANUEL.COM | ROSENTHAL LAW FIRM, P.L.L.C.<br>COUNSEL TO DIAMONDBACK WORKS LP<br>ATTN: TRENT ROSENTHAL<br>675 BERING DR, STE 150<br>HOUSTON, TX 77057<br>EMAIL: TROSENTHAL@ROSENTHALLAW.COM<br>FAX: 713- 647-8127 |
| SHANNON MARTIN FINKELSTEIN ALVARADO<br>COUNSEL TO WESTLAKE CHEMICALS & VINYL<br>ATTN: MARK FINKELSTEIN<br>1923 WASHINGTON AVE, STE 2341<br>HOUSTON, TX 77007<br>EMAIL: MFINKELSTEIN@SMFADLAW.COM<br>FAX: 713-752-0337 | TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: CHRISTOPHER S. MURPHY<br>ASSISTANT ATTORNEY GENERAL<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>EMAIL: CHRISTOPHER.MURPHY@OAG.TEXAS.GOV |

| | |
|---|---|
| THE LANE LAW FIRM, P.L.L.C.<br>COUNSEL TO TNT CRANE & RIGGING, INC.<br>ATTN: ROBERT LANE<br>6200 SAVOY DRIVE, SUITE 1150<br>HOUSTON, TX 77036-3300<br>EMAIL: NOTIFICATIONS@LANELAW.COM<br>FAX: 713-595-8201 | TROUTMAN PEPPER LOCKE LLP<br>COUNSEL TO SDI, INC.<br>ATTN: FRANCIS J. LAWALL<br>3000 TWO LOGAN SQUARE<br>18TH AND ARCH STREETS<br>PHILADELPHIA, PA 19103<br>EMAIL: FRANCIS.LAWALL@TROUTMAN.COM |
| TROUTMAN PEPPER LOCKE LLP<br>COUNSEL TO SDI, INC.<br>ATTN: PHILIP EISENBERG<br>600 TRAVIS STREET, SUITE 2800<br>HOUSTON, TX 77002<br>EMAIL: PHIL.EISENBERG@TROUTMAN.COM | WARNER NORCROSS & JUDD, LLP<br>COUNSEL TO THE DOW CHEMICAL COMPANY<br>ATTN: ROZANNE GIUNTA<br>715 E MAIN ST, STE 110<br>MIDLAND, MI 48640-5382<br>EMAIL: RGIUNTA@WNJ.COM |
| WARNER NORCROSS & JUDD, LLP<br>COUNSEL TO THE DOW CHEMICAL COMPANY<br>ATTN: CHARLES R. QUIGG<br>150 OTTAWA AVENUE NW<br>SUITE 1500<br>GRAND RAPIDS, MI 49503<br>EMAIL: CQUIGG@WNJ.COM | WHITE & CASE LLP<br>COUNSEL TO MHBA CB, L.L.L.P.<br>ATTN: CHARLES R. KOSTER<br>609 MAIN STREET, SUITE 2900<br>HOUSTON, TX 77002<br>EMAIL: CHARLES.KOSTER@WHITECASE.COM<br>FAX: 713-496-9701 |
| WHITE & CASE LLP<br>COUNSEL TO MHBA CB, L.L.L.P.<br>ATTN: THOMAS MACWRIGHT, CLAIRE CAMPBELL<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10022<br>EMAIL: TMACWRIGHT@WHITECASE.COM;<br>CLAIRE.CAMPBELL@WHITECASE.COM<br>FAX: 212-354-8113 | WINSTEAD PC<br>COUNSEL TO CITIZENS ASSET FINANCE<br>ATTN: SEAN DAVIS<br>600 TRAVIS ST, STE 5200<br>HOUSTON, TX 77002<br>EMAIL: SBDAVIS@WINSTEAD.COM<br>FAX: 713- 650-2400 |