IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASCEND PERFORMANCE MATERIALS | ) | Case No. 25-90127 (CML) |
| HOLDINGS INC., *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ADJOURNMENT OF MATTERS SET FOR HEARING
ON MAY 21, 2025, AT 1:00 P.M. (PREVAILING CENTRAL TIME)
TO MAY 30, 2025, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

**[Re: Docket Nos. 12, 19, 23, 82, 83, 85]**

**PLEASE TAKE NOTICE** that the final hearing (the "Final Hearing") on the below motions (collectively, the "Motions") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") was initially scheduled for May 21, 2025, at 1:00 p.m. (prevailing Central Time) before the Honorable Christopher M. López, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas (the "Court"):

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) 503(b)(9) Claimants, (B) Lien Claimants, (C) Critical Vendors, and (D) Foreign Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 12];

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Continuation of Certain Receivables Arrangements and (II) Granting Related Relief [Docket No. 19]; and

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, and (C) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Ascend. The location of Debtor Ascend Performance Materials Holdings Inc.'s principal place of business is 1010 Travis St., Suite 900, Houston, Texas 77002.

(III) Granting Related Relief [Docket No. 23].

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to final approval of the Motions was May 14, 2025, at 4:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Final Hearing to consider the Motions has been adjourned to **May 30, 2025, at 10:00 a.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Amended Notice of Adjournment of Final Hearing on the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief to May 30, 2025, at 10:00 a.m. (prevailing Central Time)* [Docket No. 314], the DIP Motion (as defined therein) has also been adjourned to May 30, 2025, at 10:00 a.m. (prevailing Central Time) and, accordingly, there are no matters remaining to be heard on May 21, 2025, at 1:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Final Hearing will be conducted in Courtroom 401, 4th Floor, 515 Rusk, Houston, Texas 77002. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge López's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge López's home page. The meeting code is "JudgeLopez." Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both

electronic and in-person hearings. To make your appearance, click the "electronic appearance" link on Judge López's home page. Select the case name, complete the required fields and click "submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases may be obtained by visiting (a) the Court's website at https://ecf.txsb.uscourts.gov, in accordance with the procedures and fees set forth therein, or (b) the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/Ascend.

Houston, Texas
Dated: May 19, 2025

*/s/ Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 2412150) | |
| 711 Louisiana Street, Suite 2300 | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| Houston, Texas 77002 | Derek I. Hunter (admitted *pro hac vice*) |
| Telephone: (713) 223-2300 | 601 Lexington Avenue |
| Facsimile: (800) 404-3970 | New York, New York 10022 |
| Email: jason.cohen@bracewell.com | Telephone: (212) 446-4800 |
| jonathan.lozano@bracewell.com | Facsimile: (212) 446-4900 |
| | Email: cmarcus@kirkland.com |
| | derek.hunter@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on May 19, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason G. Cohen*
Jason G. Cohen