UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 25-90127 (CML) |
| Debtor | | In Re: ASCEND PERFORMANCE MATERIALS HOLDINGS, INC., et al. | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessica A. Rodriguez<br>TAFT STETTINIUS & HOLLISTER LLP<br>1333 New Hampshire Avenue, NW, Suite 800<br>Washington, DC 20036<br>(202) 216-4106, jessica.rodriguez@taftlaw.com<br>D.C. Bar No. 1024134 **HOUSTON DIVISION** |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Palantir Technologies Inc. |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 1/13/2026 | Signed: Jessica Rodriguez |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ______________________

______________________________
United States Bankruptcy Judge