**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ASCEND PERFORMANCE MATERIALS HOLDINGS, INC., *et al.*,[1] | § | Chapter 11 |
| | § | Case No.25-90127 (CML) |
| Debtors | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |

**PALANTIR TECHNOLOGIES INC.'S MOTION FOR PAYMENT OF SERVICES AS EXPENSES OF ADMINISTRATION PURSUANT TO 11 U.S.C. § 503(b) AND FOR REJECTION DAMAGES**

Palantir Technologies Inc. ("Claimant"), by its undersigned counsel, hereby submits its motion for payment of services as expenses of administration in the amount of $40,389.32 pursuant to 11 U.S.C. § 503(b) and for rejection damages in the amount of $469,315.07 (the "Motion"), totaling $509,704.39. In support of this Motion, Claimant relies on the declaration of Quynh Vu, attached hereto as **Exhibit 1**, and states as follows:

1. Claimant provides technology platforms that are used throughout the public, private, and non-profit sectors to help organizations quickly implement solutions to a variety of problems, including a fully managed SaaS platform that spans from cloud hosting and data integration to flexible analytics, visualization, model-building, operational decision-making, and decision capture.

2. As of the Petition Date, Ascend Performance Materials Operations LLC ("Debtor") and Claimant were parties to an agreement, effective April 22, 2024 (the "Agreement"), under which the Debtor agreed to pay Claimant the total amount of $900,000.00 for certain software

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Ascend. The location of Debtor Ascend Performance Materials Holdings Inc.'s principal place of business is 1010 Travis St. Suite 900, Houston, Texas 77002.

related services for the period of April 22, 2024 through April 21, 2027. (*See* Ex. 1, Vu Decl. at ¶ 3; Ex. 1A.)

3. On April 21, 2025 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas.

4. Following the Petition Date until December 9, 2025, and pursuant to the Agreement, Claimant continued to provide and the Debtor received and benefitted from such services post-petition (the "Post-Petition Services") by, among other things, preserving data and other information on Claimant's platforms as well as using Claimant's platforms to run computations for the benefit of the Debtor, the bankruptcy estate, and its creditors while Debtor decided whether to assume or reject the Agreement.

5. On December 9, 2025, the Bankruptcy Court confirmed the Debtor's plan of reorganization (the "Confirmation Date"). Because the Agreement was not listed in the schedule of assumed executory contracts in the Plan Supplement, the Agreement was deemed rejected as of the Confirmation Date.

6. The Debtor failed to fully reimburse Claimant for the Post-Petition Services, totaling $40,389.32, as provided in the Agreement. (Ex. 1, Vu Decl. at ¶ 4.)

7. Specifically, the Debtor failed to pay in full an invoice (INVN00115665) for services provided from April 1, 2025 through June 30, 2025, leaving an outstanding balance of $443.67 for Post-Petition Services.[2] (*See* Ex. 1, Vu Decl. at ¶ 5; Ex. 1B.)

---

[2] Services provided from April 1, 2025 through April 21, 2025, constitute pre-petition services and the prorated amount due for these services was included in Claimant's previously filed Claim No. 10470. Debtor subsequently made a partial payment on the invoice covering April 1, 2025 through June 30, 2025. The remaining balance of $443.67 constitutes the unpaid balance due for Post-Petition Services provided from the period of April 22, 2025 through June 30, 2025.

8. Additionally, the Debtor failed to pay an invoice (INVN0116441) that included Post-Petition Services from October 22, 2025 through the plan confirmation date of December 9, 2025. The total unpaid amount of Post-Petition Services from October 22, 2025 through December 9, 2025 is $39,945.65.[3] (*See* Ex. 1, Vu Decl. at ¶ 6; Ex. 1C.)

9. The Post-Petition Services were provided by the Debtor in the ordinary course of business. Despite receiving the Post-Petition Services for the benefit of Debtor's estate, Debtor has not paid for such Post-Petition Services.

10. Because Claimant provided the Post-Petition Services to the Debtor after the Petition Date, and because such services benefitted the Debtor's estate, Claimant is entitled to an expense of administration pursuant to section 503(b) of the Bankruptcy Code in the contract amount the Debtor is obligated to pay, or $40,389.32.

11. Additionally, because Debtor rejected the Agreement, the Debtor is deemed in breach of the Agreement as of the Petition Date pursuant to 11 U.S.C. § 365(g). Accordingly, the claimant is entitled to the amounts due for the remaining term of the Agreement, from December 10, 2025 through April 21, 2027, which total $469,315.07. (Ex. 1, Vu Decl. ¶ 7; Ex. 1A.) Specifically, this includes the $109,315.07 owed for the remainder of Year 2 (December 10, 2025 through April 21, 2026) under the Agreement, and the $360,000.00 owed for the entirety of Year 3 (April 22, 2026 through April 21, 2027). (*See* Ex. 1A.)

---

[3] The total amount due for the period of October 22, 2025 through January 21, 2026 (as reflected in INVN00116441) was $75,000. Only the services provided from October 22, 2025 through December 9, 2025 constituted Post-Petition Services, with the remaining balance constituting rejection breach damages. The unpaid Post-Petition Services balance is calculated by prorating the total invoice amount based on the number of days that constitute Post-Petition Services.

12. Therefore, Claimant respectfully requests that the Court grant Claimant's request for $40,389.32 in administrative expenses and for $469,315.07 in rejection breach damages, totaling $509,704.39.

13. Claimant reserves all rights, including the right to amend the amount of the administrative expense and rejection damages and to request additional amounts owing.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Jessica A. Rodriguez*

Jessica A. Rodriguez (D.C. Bar No.1024134)
*(admitted pro hac vice)*
TAFT, STETTINIUS & HOLLISTER, LLP
1333 New Hampshire Ave, NW
Suite 800
Washington, DC 20036
Phone: (202) 216-4800
Fax: (202) 408-5146

*Counsel for Creditor,*
*Palantir Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I caused the foregoing to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jessica A. Rodriguez*
Jessica A. Rodriguez