IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ASCEND PERFORMANCE MATERIALS HOLDINGS INC., et al<br><br>                      Debtors. | Chapter 11<br><br>Case No. 25-90127 (CML)<br><br>(Jointly Administered) |

*************************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE**, that **Kirk A. Patrick III,** as appointed Ombudsman for Class 5(A) "Go Forward Vendor" Claims, per the confirmed plan of reorganization**,** hereby appears pursuant to § 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and files this Notice of Appearance and Request for Service of Notices and Pleadings, requesting that all notices and papers be transmitted pursuant to Bankruptcy Rules 2002, 3017, and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code to undersigned counsel at the address set forth below:

**Kirk A. Patrick III, Ombudsman for Class 5(A) "Go Forward Vendor" Claims**
DONOHUE PATRICK & SCOTT, PLLC
450 Laurel Street, Suite 1825
Baton Rouge, Louisiana 70801
Telephone: (225) 214-1908
Facsimile: (225) 214-3551
Email: kpatrick@dps-law.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the above mentioned Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests,

1

complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail delivery, telephone, telegraph, email, or otherwise.

                              Respectfully Submitted:

                              **DONOHUE PATRICK & SCOTT, P.L.L.C.**

/s/ Kirk A. Patrick III
KIRK A. PATRICK III (#19728)
450 Laurel Street, Suite 1825
Baton Rouge, Louisiana 70801
P.O. Box 1629
Baton Rouge, Louisiana 70821-1629
Telephone: (225) 214-1908
Facsimile: (225) 214- 3551
Email: kpatrick@dps-law.com
*Ombudsman for Class 5(A) "Go Forward Vendor" Claims*

## CERTIFICATE OF SERVICE

     I hereby certify that on this ___5th___ day of ___March___, 2026, I electronically filed the foregoing Notice of Appearance and Request for Service of Notices and Pleadings with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all parties of record.

/s/ Kirk A. Patrick III